IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

STEPHEN PAUL JARRELL, :

      Plaintiff, :

   vs. : Case No. 3:13cv343

FEDERAL BUREAU OF : JUDGE WALTER H. RICE
INVESTIGATION, et al.,
       :
      Defendants.

---

DECISION AND ENTRY ADOPTING REPORT AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE (DOC. #13) IN THEIR ENTIRETY AND OVERRULING PLAINTIFF'S OBJECTIONS TO SAID JUDICIAL FILING (DOC. #14); JUDGMENT TO ENTER IN FAVOR OF DEFENDANTS AND AGAINST PLAINTIFF HEREIN, DISMISSING THE CAPTIONED CAUSE WITH PREJUDICE; ANTICIPATED MOTION FOR LEAVE TO APPEAL *IN FORMA PAUPERIS* DENIED; TERMINATION ENTRY

---

Based upon the reasoning and citations of authority set forth by the United States Magistrate Judge in his Report and Recommendations filed December 26, 2013 (Doc. #13), as well as upon a thorough *de novo* review of this Court's file and the applicable law, said Report and Recommendations are adopted in their entirety. The Plaintiff's Objections to said judicial filing (Doc. #14) are overruled. In short, the Plaintiff's claims for relief are barred by either *res judicata*/collateral estoppel, the *Feres* Doctrine, the applicable statute of limitations, lack of subject matter jurisdiction or the failure to file an administrative claim, either singly or in combination.

Judgment is ordered entered in favor of the Defendants and against Plaintiff herein, thus dismissing the captioned cause with prejudice.

Given that any appeal from this Court's decision would be <u>objectively</u> frivolous, this Court would overrule any anticipated request for leave to appeal *in forma pauperis.*

The captioned cause is ordered terminated upon the docket records of the United States District Court for the Southern District of Ohio, Western Division, at Dayton.

January 15, 2014

WALTER H. RICE
UNITED STATES DISTRICT JUDGE

Copies to:

U.S. Attorney's Office
Elizabeth C. Scott, Esq.
Sean L. Sharpe, 6018 Densmore Drive, Houston, TX 77035